

FILED

MAR 21 2016

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re  CAREFREE MULE TRAIN VENTURES LLC | Chapter 7 |
| | Case Number 2:08bk16838 |
| Debtor(s)  CAREFREE MULE TRAIN VENTURES LLC | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to  Palm Cottage Creative LLC  in the amount of $  22.85  and said check having not been cashed by said payee, the Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury. Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to  Palm Cottage Creative LLC                                             .

I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.

_____
Signature required

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re: CAREFREE MULE TRAIN VENTURES LLC

Case Number: 2:08bk16838

Chapter: 7

Debtor(s) CAREFREE MULE TRAIN VENTURES LLC

## NOTICE OF SERVICE

Notice is hereby given that on __March 16, 2016__, a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.**

by: _____
Signature Required